Case 4:07-cr-00289-JLH   Document 3   Filed 09/05/07   Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 5 2007

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 4:07CR00289 JLH |
| vs. ) | |
| ) | 18 U.S.C. § 1028(a)(7) |
| AMI RENEE WILLIAMS ) | 18 U.S.C. § 1028A |
| ) | 42 U.S.C. § 408(a)(7)(B) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
{18 U.S.C. § 1028A}

From on or about November 2, 2006 and continuing to on or about November 16, 2006, in the Eastern District of Arkansas and elsewhere, the defendant,

**AMI RENEE WILLIAMS**

did knowingly use, without lawful authority, a means of identification of another person, to wit, the Social Security number assigned to another individual by the Commissioner of the Social Security Administration, during and in relation to a violation of Title 42, United States Code Section 408(a)(7)(B), to wit, misuse of a social security number.

All in violation of Title 18, United States Code, Section 1028A.

### COUNT 2
{42 U.S.C. Section 408(a)(7)(B)}

From on or about November 2, 2006 and continuing to on or about November 16, 2006, in the Eastern District of Arkansas and elsewhere, the defendant,

**AMI RENEE WILLIAMS**

did knowingly and with the intent to deceive, falsely represent her social security number to be

XXX-XX-8109 (the first five numbers redacted for security purposes) when applying for loans with Roadloans.com, J.C. Penney, and Seventh Avenue, when in fact that is not a social security number assigned to her by the Social Security Commissioner and any other authority, for the purpose of committing fraud. This all in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 3
{18 U.S.C. § 1028(a)(7)}

On or before November 30, 2006, in the Eastern District of Arkansas,

### AMI RENEE WILLIAMS

knowingly and without lawful authority transferred and used a means of identification of other persons, including name, Social Security number and date of birth, with the intent to commit unlawful activity, namely making on-line applications for loans with J.C. Penney, Seventh Avenue, and Roadloans.com, and such unlawful activity constitutes a felony under Arkansas State law (Arkansas Code Annotated Section 5-37-201(c)(3), Forgery in the second degree, a Class C Felony), all in violation of 18 U.S.C. Section 1028(a)(7).

(END OF TEXT. SIGNATURE PAGE ATTACHED)